UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DAVID CASTILLO,

Defendant.

23-CR-628 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant David Castillo seeking assistance accessing the docket in this case. The Court directs Mr. Castillo to contact the Pro Se Office of this Court, at 212-805-0175, for assistance accessing the electronic files in his case.

The Clerk of Court is respectfully requested to send a copy of this order to Mr. Castillo at the below address:

David Castillo 62406-510
P.O. Box 3000
Pine Knot, KY 42635

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: August 6, 2026
New York, New York